UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRVIN LEE GREENE,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. C14-5111BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

The Court denies Petitioner's motion asking the Court to order that the Washington State Department of Corrections transfer him to another facility. Petitioner fails to show a likelihood of success on the merits or irreparable injury.

Dated this 2nd day of July, 2014.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER