UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRVIN LEE GREENE,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. C14-5111BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 37. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus is procedurally barred;

(3) The Court will not issue a certificate of appealability; and

(4) This case is closed.

Dated this 10th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge